IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KENNETH WAYNE DILAS, SR.,

    Plaintiff,

    v.

TOMMY BRANNEN; WALTER DEAL;
MICHAEL MULDREW; STUART PATRAY;
ALEX JORDAN; MICHAEL BERNSTEIN;
and CHARLES U. LONEON, all in their
individual and official capacities,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-159

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated January 4, 2017, (doc. 5). After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's Complaint and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this _____ day of March, 2017.

_____

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA